**Fill in this information to identify your case:**

Debtor 1    Clinton _____ Portis
           First Name           Middle Name           Last Name

Debtor 2 _____
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Northern District of Florida

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|   |   | Unsecured claim |
|---|---|---|

**1**

Residential Credit Solutions, Inc
*Creditor's Name*

4282 North Freeway
*Number      Street*

Fort Worth     TX     76137
*City                        State               ZIP Code*

_____
*Contact*

_____
*Contact phone*

What is the nature of the claim? Mortgage Deficiency

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured):    $_____
               Value of security:             – $_____
               Unsecured claim              $_____

$      1,023,020.00

**2**

Internal Revenue Service
*Creditor's Name*

5045 E. Butler Avenue
*Number      Street*

Fresno     CA     93888
*City                        State               ZIP Code*

_____
*Contact*

_____
*Contact phone*

What is the nature of the claim? Taxes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
               Value of security:             – $_____
               Unsecured claim              $_____

$      390,000.00

Debtor 1  **Clinton** **Portis**  Case number *(if known)*_____
First Name   Middle Name   Last Name

| | Unsecured claim |
|---|---|

**3** MGM Grand Hotel, LLC
Creditor's Name
3799 S. Las Vegas Blvd.
Number    Street

Las Vegas         NV    89109
City              State ZIP Code

Contact

Contact phone

What is the nature of the claim? **Judgment**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
            Value of security:          − $_____
            Unsecured claim              $_____

$ 287,178.56

---

**4** Trinity Bank
Creditor's Name
306 South Main Street
Number    Street

Enterprise        AL    36330
City              State ZIP Code

Contact

Contact phone

What is the nature of the claim? **Foreclosure Deficiency**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
            Value of security:          − $_____
            Unsecured claim              $_____

$ 200,000.00

---

**5** Marina District DevelopmentCompar
Creditor's Name
1 Borgata Way
Number    Street

Atlantic City     NJ    08401
City              State ZIP Code

Contact

Contact phone

What is the nature of the claim? **Judgment**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
            Value of security:          − $_____
            Unsecured claim              $_____

$ 170,000.00

---

**6** Bank of America
Creditor's Name
4161 Piedmont Parkway
Number    Street

Greensboro        NC    27410
City              State ZIP Code

Contact

Contact phone

What is the nature of the claim? **Home Equity Line**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
            Value of security:          − $_____
            Unsecured claim              $_____

$ 110,945.00

---

**7** Kathryn Jones
Creditor's Name
7934 West Drive
Number    Street
Unit#703

Miami Beach       FL    33141
City              State ZIP Code

Contact

Contact phone

What is the nature of the claim? **Judgment**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
            Value of security:          − $_____
            Unsecured claim              $_____

$ 86,340.37

---

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor 1  **Clinton** **Portis**  Case number *(if known)* _____
First Name    Middle Name    Last Name

| | | Unsecured claim |
|---|---|---|
| **8** BMW Financial Services<br>Creditor's Name<br>P.O. Box 3608<br>Number    Street<br><br>Dublin    OH    43016<br>City    State    ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? **Deficiency from repossess**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☐ No<br>☐ Yes. Total claim (secured and unsecured):  $_____<br>　　　Value of security:  − $_____<br>　　　Unsecured claim  $_____ | $ **65,553.00** |
| **9** Audi Financial Services<br>Creditor's Name<br>P.O. Box 5215<br>Number    Street<br><br>Carol Stream    IL    60197<br>City    State    ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? **Judgment**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☐ No<br>☐ Yes. Total claim (secured and unsecured):  $_____<br>　　　Value of security:  − $_____<br>　　　Unsecured claim  $_____ | $ **59,789.37** |
| **10** Bank of America<br>Creditor's Name<br>P.O. Box 982235<br>Number    Street<br><br>El Paso    TX    79998<br>City    State    ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? **Money Loaned (Credit Ca**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☐ No<br>☐ Yes. Total claim (secured and unsecured):  $_____<br>　　　Value of security:  − $_____<br>　　　Unsecured claim  $_____ | $ **51,910.00** |
| **11** Rosenthal Rosenthal RascoKaplan,L<br>Creditor's Name<br>20900 NE 30th Avenue<br>Number    Street<br>Suite 600<br>Aventura    FL<br>City    State    ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? **Judgment - Attorneys' Fee**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☐ No<br>☐ Yes. Total claim (secured and unsecured):  $_____<br>　　　Value of security:  − $_____<br>　　　Unsecured claim  $_____ | $ **40,542.50** |
| **12** Michael W. Simon<br>Creditor's Name<br>3839 NW Boca RatonBoulevard<br>Number    Street<br>Suite 100<br>Boca Raton    FL    33431<br>City    State    ZIP Code<br><br>Contact<br><br>Contact phone | What is the nature of the claim? **Services Provided**<br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>☐ None of the above apply<br>**Does the creditor have a lien on your property?**<br>☐ No<br>☐ Yes. Total claim (secured and unsecured):  $_____<br>　　　Value of security:  − $_____<br>　　　Unsecured claim  $_____ | $ **40,000.00** |

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3

Debtor 1  __Clinton__ _____ __Portis__    Case number (if known)_____
          First Name  Middle Name  Last Name

|  |  | Unsecured claim |
|---|---|---|

**13** Verizon Wireless
Creditor's Name
P.O. Box 25505
Number         Street

Lehigh Valley         PA    18002
City                  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? __Telephone Bill__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:            − $_____
        Unsecured claim                 $_____

$_____ 899.09

**14** Clay Electric Cooperative, Inc.
Creditor's Name
11530 NW 39th Avenue
Number         Street

Gainesville         FL    32606
City                State  ZIP Code

Contact

Contact phone

What is the nature of the claim? __Utility Bill__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:            − $_____
        Unsecured claim                 $_____

$_____ 495.06

**15** Comcast
Creditor's Name
1306 NW 7th Avenue
Number         Street

Miami             FL    33136
City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? __Utility Bill__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:            − $_____
        Unsecured claim                 $_____

$_____ 337.59

**16** Windstream
Creditor's Name
1720 Galleria Blvd.
Number         Street

Charlotte         NC    28270
City              State  ZIP Code

Contact

Contact phone

What is the nature of the claim? __Utility Bill__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:            − $_____
        Unsecured claim                 $_____

$_____ 296.47

**17** AT&T
Creditor's Name
P.O. Box 105503
Number         Street

Atlanta            GA    30348
City               State  ZIP Code

Contact

Contact phone

What is the nature of the claim? __Telephone Bill__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
        Value of security:            − $_____
        Unsecured claim                 $_____

$_____

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

Debtor 1 __Clinton_____Portis____ Case number (if known)_____

| | | Unsecured claim |
|---|---|---|

**18**

Creditor's Name: DirecTV
Number Street: P.O. Box 11732
City: Newark   State: NJ   ZIP Code: 07101
Contact:
Contact phone:

What is the nature of the claim? __Utility Bill__

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   – $_____
    Unsecured claim      $_____

$_____

**19**

Creditor's Name: FPL
Number Street: General Mail Facility
City: Miami   State: FL   ZIP Code: 33118
Contact:
Contact phone:

What is the nature of the claim? __Utility Bill__

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   – $_____
    Unsecured claim      $_____

$_____

**20**

Creditor's Name:
Number Street:
City:   State:   ZIP Code:
Contact:
Contact phone:

What is the nature of the claim? _____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
    Value of security:   – $_____
    Unsecured claim      $_____

$_____

| Part 2: | Sign Below |
|---|---|

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✘ _____       ✘ _____
Signature of Debtor 1                                    Signature of Debtor 2

Date  06/15/2023                                               Date  _____
     MM / DD / YYYY                                                 MM / DD / YYYY

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 5