Fill in this information to identify the case:

Debtor name: Clinton Portis

United States Bankruptcy Court for the: Northern District of Florida
(State)

Case number (if known): 23-10110

☑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | Residential Credit Solutions, Inc. 4282 North Freeway Fort Worth, TX 76137 | | Mortgage | | 1,023,000.00 | | |
| 2 | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101 | | Taxes | | 724,520.34 | | |
| 3 | Alexia Shim 51128 East Bourne Terrace Novi, MI 48374 | | Child Support | | 165,608.00 | | |
| 4 | Credit One Bank P.O. Box 98875 Las Vegas, NV 89193 | | Credit Card | | 775.00 | | |
| 5 | Aquavia Lightsey 106 Mize Street #5 Ellisville, MS 39437 | | Child Support | | Unknown | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1